THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v GINA MANCINI, Appellant. [795 NYS2d 918]—Appeal from a judgment of the Supreme Court, Erie County (Joseph S. Forma, J.), rendered October 24, 2002. The judgment convicted defendant, upon a jury verdict, of murder in the second degree, criminal possession of a weapon in the fourth degree, petit larceny and unauthorized use of a vehicle in the first degree.

It is hereby ordered that the judgment so appealed from be and the same hereby is unanimously affirmed.

Memorandum: Defendant appeals from a judgment convicting her upon a jury verdict of murder in the second degree (Penal Law § 125.25 [2] [depraved indifference]), criminal possession of a weapon in the fourth degree (§ 265.01 [2]), petit larceny (§ 155.25), and unauthorized use of a vehicle in the first degree (§ 165.08). Contrary to defendant's contention, the evidence is legally sufficient to support the conviction of depraved indifference murder (*see generally People v Bleakley*, 69 NY2d 490, 495 [1987]). The People presented evidence at trial establishing defendant's "indifference to or disregard of the risks attending defendant's conduct" (*People v Gonzalez*, 1 NY3d 464, 467 [2004]). Also contrary to defendant's contentions, the verdict with respect to depraved indifference murder is not against the weight of the evidence (*see generally Bleakley*, 69 NY2d at 495), and the sentence is not unduly harsh or severe. Present—Hurlbutt, J.P., Scudder, Martoche, Pine and Lawton, JJ.